UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE LINNAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 3:19-cv-00225-LRH-WGC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF**<br><br>**AND ORDER THEREON** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four..

　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 30, 2019	Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Cyrus Safa*
CYRUS SAFA
(*as authorized via email on October 30, 2019)
Attorney for Plaintiff

Dated: October 30, 2019	Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

O R D E R

IT IS SO ORDERED:

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE

DATED: this 1st day of November, 2019.