UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE LINNAN,<br>　　　　　　　　　　Plaintiff,<br>　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration[1],<br>　　　　　　　　　　Defendant. | Case No.: 3:19-CV-00225-LRH-WGC<br><br>ORDER |

　　　Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 28) entered on August 26, 2021, recommending granting Plaintiff's Counsel's Motion for Attorney's Fees (ECF No. 25) filed on June 17, 2021, and awarding Plaintiff's counsel $19,100, but this amount shall be reduced by the $3,800 in EAJA fees, for a net award of $15,300. No objection to the Report and Recommendation has been filed.

　　　The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 1-3 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule IB 3-1.

---

[1] This complaint was filed against Commissioner Nancy A. Berryhill, who was succeeded by Andrew Saul, who has now been succeeded by Dr. Kilolo Kijakazi. Dr. Kijakazi is automatically substituted in place of Andrew Saul under Federal Rule of Civil Procedure 25(d).

The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 28) entered on August 26, 2021, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 28) entered on August 26, 2021, is adopted and accepted, and Plaintiff's Counsel's Motion for Attorney Fees (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's counsel is awarded attorney's fees in the amount of $19,100, this amount shall be reduced by $3,800 in EAJA fees, for a NET AWARD of $15,300.

IT IS SO ORDERED.

DATED this 14th day of September, 2021.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE